# EXHIBIT G



May 1, 2020

**VIA OVERNIGHT MAIL AND EMAIL**
R.A.S.H., LLC
102 9th Street
San Antonio, TX 78215
Attention: Martin J. Phipps, Manager

Re:  Event of Default under Aircraft Security Agreement Dated as of August 30, 2017 (the "Agreement"), Between R.A.S.H., LLC (the "Borrower"), and PNC Equipment Finance LLC ("PNCEF")

Ladies and Gentlemen:

This letter is issued in connection with the Agreement referenced above. Terms used in this letter which are defined in the Agreement shall have the same meanings in this letter as they do in the Agreement. The Borrower's failure pay to PNCEF amounts owing, when due, in April of 2020 and failure to pay amounts owing under its Engine Maintenance Program with Rolls Royce constitute Events of Default under the "Note Default" and "Other Defaults" subsections, respectively, of the "Default" section of the Agreement.

PNCEF has chosen not to exercise its rights and remedies under the Agreement at this time as a consequence of these Events of Default, but may choose to do so at any time in the future without any further written notice to the Borrower. No forbearance, delay or inaction by PNCEF in the exercise of its rights and remedies, and no continuing performance by PNCEF or the Borrower under the Agreement: (a) shall constitute: (i) a modification or an alteration of the terms, conditions or covenants of the Agreement or any related documents, instruments and agreements (collectively as amended from time to time, the "Loan Documents"), all of which remain in full force and effect; or (ii) a waiver, release or limitation upon PNCEF's exercise of any of its rights and remedies thereunder, all of which are hereby expressly reserved; or (b) shall relieve or release the Borrower or any guarantor in any way from any of its respective duties, obligations, covenants or agreements under the Agreement or the other Loan Documents or from the consequences of the Events of Default described above or any other Events of Default thereunder. PNCEF is not obligated to waive the Events of Default described above or any other Events of Default or defaults, whether now existing or which may occur after the date of this letter.

We has a telephone conversation with you yesterday to discuss the Borrower's approach to addressing these Events of Default and you requested this letter to confirm our conversation.

R.A.S.H., LLC
May 1, 2020
Page 2

In our conversation, the Borrower requested a 3 month deferral of payments and a waiver of the outstanding Events of Default under the Loan Documents. You also told us that your firm expected payment of a large fee shortly that would enable the Borrower to become current on its obligations to PNCEF.

In order for PNCEF to appropriately analyze and underwrite the Borrower's request, we would need to receive and review the following (in form and substance satisfactory to PNCEF and its counsel):

1.) A report on the status of the Engine Maintenance Program (<u>i.e.</u>, amount of the plan / total in arrears / details of the payment plan with the program provider, including copies of all agreements);
2.) A completed PNC Personal Financial Statement for Mr. Phipps – Jennifer sent the form to Jose independently;
3.) Proof of insurance on the Aircraft as required by the Agreement;
4.) Borrower's written permission to conduct inspection/appraisal of the Aircraft (which you told us was located at the San Antonio International Airport);
5.) List of pending cases being handled by Phipps Anderson Deacon LLP (the "Firm") with a status for each case and anticipated timing and payment of fees; and
6.) All amounts held by the Firm in escrow account(s) pending case settlements.

Please send the above information to the undersigned promptly, so that we may address your requests and avoid additional remedial actions.

We look forward to hearing from you.

Very truly yours,

PNC EQUIPMENT FINANCE, LLC

By:_____

Name: _____

Title:_____

cc:   Martin John Phipps, guarantor
       Phipps Anderson Deacon, LLP, as subordinated creditor

17e-m-w.doc