

**Buchanan**
Ingersoll·Rooney

Union Trust Building
501 Grant Street – Suite 200
Pittsburgh, PA  15219-4413

T 412 562 8800
F 412 562 1041
www.bipc.com

PNC BANK, N.A.
249 FIFTH AVENUE
PITTSBURGH, PA 15222
ATTENTION: JENNIFER L. CALLEN-NAVIGLIA
VICE PRESIDENT
PITTSBURGH, PA 15222

November 20, 2020
Invoice No. 12053867

## INVOICE SUMMARY

**For Professional Services Rendered:**

RE:   R A S H LLC
      Our Reference: 0011046-800230

|  | Fees: | $25,200.00 |
|---|---|---|
|  | Disbursements: | $0.00 |

| **Total Current Invoice:** | **$25,200.00** |
|---|---|

INCORPORATED IN PENNSYLVANIA :: TAX ID.



Union Trust Building
501 Grant Street – Suite 200
Pittsburgh, PA  15219-4413

T 412 562 8800
F 412 562 1041
www.bipc.com

PNC BANK, N.A.
249 FIFTH AVENUE
PITTSBURGH, PA 15222
ATTENTION: JENNIFER L. CALLEN-NAVIGLIA
VICE PRESIDENT
PITTSBURGH, PA 15222

November 20, 2020
Invoice No. 12053867

**For Professional Services Rendered:**

RE:   R A S H LLC
      Our Reference: 0011046-800230

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 10/14/20 | T. A. Shulsky | 1.20 | |
| 10/15/20 | T. A. Shulsky | 1.20 | |
| 10/15/20 | T. A. Shulsky | 1.10 | |
| 10/15/20 | T. A. Shulsky | 1.10 | |
| 10/15/20 | T. A. Shulsky | 0.80 | |
| 10/15/20 | T. A. Shulsky | 0.60 | |
| 10/15/20 | T. A. Shulsky | 0.60 | |
| 10/15/20 | T. A. Shulsky | 0.40 | |
| 10/15/20 | T. A. Shulsky | 0.40 | |
| 10/15/20 | T. A. Shulsky | 0.30 | |
| 10/15/20 | T. A. Shulsky | 0.30 | |
| 10/16/20 | T. A. Shulsky | 2.20 | |
| 10/16/20 | T. A. Shulsky | 1.60 | |
| 10/16/20 | T. A. Shulsky | 1.10 | |
| 10/16/20 | T. A. Shulsky | 0.80 | |

PNC BANK, N.A.  
RE: R A S H LLC  
  0011046-800230

Page 2  
November 20, 2020  
Invoice No. 12053867

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 10/19/20 | T. A. Shulsky | 1.40 | ███ |
| 10/19/20 | T. A. Shulsky | 0.60 | ███ |
| 10/20/20 | T. A. Shulsky | 1.40 | ███ |
| 10/20/20 | T. A. Shulsky | 0.50 | ███ |
| 10/20/20 | T. A. Shulsky | 0.40 | ███ |
| 10/21/20 | T. A. Shulsky | 1.30 | ███ |
| 10/21/20 | T. A. Shulsky | 1.20 | ███ |
| 10/21/20 | T. A. Shulsky | 0.50 | ███ |
| 10/21/20 | T. A. Shulsky | 0.40 | ███ |
| 10/21/20 | T. A. Shulsky | 0.40 | ███ |
| 10/21/20 | T. A. Shulsky | 0.30 | ███ |
| 10/22/20 | T. A. Shulsky | 2.20 | ███ |
| 10/22/20 | T. A. Shulsky | 0.80 | ███ |
| 10/23/20 | T. A. Shulsky | 1.10 | ███ |
| 10/23/20 | T. A. Shulsky | 0.50 | ███ |
| 10/23/20 | T. A. Shulsky | 0.30 | ███ |
| 10/23/20 | T. A. Shulsky | 0.10 | ███ |
| 10/26/20 | T. A. Shulsky | 0.80 | ███ |
| 10/26/20 | T. A. Shulsky | 0.50 | ███ |



INCORPORATED IN PENNSYLVANIA :: TAX ID. ███

PNC BANK, N.A.  
RE: R A S H LLC  
    0011046-800230

Page 3  
November 20, 2020  
Invoice No. 12053867

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 10/30/20 | T. A. Shulsky | 0.70 | [redacted] |
| 10/30/20 | T. A. Shulsky | 0.30 | [redacted] |
| 11/10/20 | T. A. Shulsky | 0.40 | [redacted] |
| 11/10/20 | T. A. Shulsky | 0.20 | [redacted] |
| 11/10/20 | T. A. Shulsky | 0.20 | [redacted] |
| 11/11/20 | T. A. Shulsky | 1.30 | [redacted] |
| 11/11/20 | T. A. Shulsky | 0.40 | [redacted] |
| 11/11/20 | T. A. Shulsky | 0.30 | [redacted] |
| 11/11/20 | T. A. Shulsky | 0.30 | [redacted] |
| 11/12/20 | T. A. Shulsky | 0.60 | [redacted] |
| 11/13/20 | T. A. Shulsky | 0.80 | [redacted] |
| 11/13/20 | T. A. Shulsky | 0.40 | [redacted] |
| 11/13/20 | T. A. Shulsky | 0.30 | [redacted] |
| 11/16/20 | T. A. Shulsky | 1.50 | [redacted] |
| 11/16/20 | T. A. Shulsky | 1.40 | [redacted] |
| 11/16/20 | T. A. Shulsky | 1.40 | [redacted] |
| 11/16/20 | T. A. Shulsky | 0.80 | [redacted] |
| 11/16/20 | T. A. Shulsky | 0.40 | [redacted] |
| 11/16/20 | T. A. Shulsky | 0.20 | [redacted] |
| 11/16/20 | T. A. Shulsky | 0.20 | [redacted] |
| 11/17/20 | T. A. Shulsky | 1.30 | [redacted] |
| 11/17/20 | T. A. Shulsky | 1.30 | [redacted] |
| 11/17/20 | T. A. Shulsky | 1.10 | [redacted] |

PNC BANK, N.A.  
RE: R A S H LLC  
   0011046-800230

Page 4  
November 20, 2020  
Invoice No. 12053867

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 11/17/20 | T. A. Shulsky | 0.80 | ▮ |
| 11/17/20 | T. A. Shulsky | 0.70 | ▮ |
| 11/17/20 | T. A. Shulsky | 0.40 | ▮ |
| 11/18/20 | T. A. Shulsky | 1.40 | ▮ |
| 11/18/20 | T. A. Shulsky | 1.20 | ▮ |
| 11/18/20 | T. A. Shulsky | 1.20 | ▮ |
| 11/18/20 | T. A. Shulsky | 0.40 | ▮ |
| 11/18/20 | T. A. Shulsky | 0.40 | ▮ |
| 11/18/20 | T. A. Shulsky | 0.30 | ▮ |
| 11/19/20 | T. A. Shulsky | 3.20 | ▮ |
| 11/19/20 | T. A. Shulsky | 1.10 | ▮ |
| 11/19/20 | T. A. Shulsky | 0.80 | ▮ |
| 11/19/20 | T. A. Shulsky | 0.70 | ▮ |
| 11/19/20 | T. A. Shulsky | 0.20 | ▮ |
| 11/19/20 | T. A. Shulsky | 0.20 | ▮ |
| 11/19/20 | T. A. Shulsky | 0.20 | ▮ |
| 11/19/20 | T. A. Shulsky | 0.20 | ▮ |
| 11/19/20 | T. A. Shulsky | 0.10 | ▮ |
| 11/20/20 | T. A. Shulsky | 2.30 | ▮ |

PNC BANK, N.A.  
RE: R A S H LLC  
   0011046-800230

Page 5  
November 20, 2020  
Invoice No. 12053867

| Date | Timekeeper | Hours | Narrative |
|------|------------|-------|-----------|
|      |            Total Hours | 60.00 |           |

                         Total Fees               $25,200.00

**Amount Due This Invoice:**                     $25,200.00



Union Trust Building
501 Grant Street – Suite 200
Pittsburgh, PA  15219-4413

T 412 562 8800
F 412 562 1041
www.bipc.com

## REMITTANCE STATEMENT

PNC BANK, N.A.
249 FIFTH AVENUE
PITTSBURGH, PA 15222
ATTENTION: JENNIFER L. CALLEN-NAVIGLIA
VICE PRESIDENT
PITTSBURGH, PA 15222

November 20, 2020
Invoice No. 12053867

| | |
|---|---|
| Our Reference: | 0011046-800230 |
| Client Name: | PNC BANK, N.A. |
| Invoice Date: | November 20, 2020 |
| Invoice Number: | 12053867 |
| Total Due This Invoice: | $25,200.00 |
| **Total Due All Invoices For this Matter:** | **$25,200.00** |

**PLEASE RETURN THIS REMITTANCE STATEMENT WITH YOUR PAYMENT
THANK YOU**

If you have any questions, please call at Cynthia Pofi (412) 392-2104
Make checks payable to: Buchanan Ingersoll & Rooney
Union Trust Building
Attn: Accounting Department
501 Grant Street – Suite 200
Pittsburgh, PA 15219-4413
Tax ID: Redacted FRCP 5.2 information

Wire / ACH Information
PNC Bank, Pittsburgh PA
Buchanan Ingersoll & Rooney Corporate Account
Account #:
Routing #:
Please Reference              Invoice: 12053867

Amount remitted this payment: $_____

**RECENT FEES AND DISBURSEMENTS MAY NOT
YET BE ENTERED ON YOUR ACCOUNT AND
IF NOT, WILL BE SUBSEQUENTLY BILLED**



Union Trust Building
501 Grant Street – Suite 200
Pittsburgh, PA  15219-4413

T 412 562 8800
F 412 562 1041
www.bipc.com

PNC BANK, N.A.
249 FIFTH AVENUE
PITTSBURGH, PA 15222
ATTENTION: JENNIFER L. CALLEN-NAVIGLIA
VICE PRESIDENT

December 31, 2020
Invoice No. 12061215

## INVOICE SUMMARY

**For Professional Services Rendered:**

RE:    R A S H LLC
        Our Reference: 0011046-800230

|  |  |  |
|---|---|---|
| Total Fees: | $6,174.00 |  |
| Courtesy Discount: | ($185.22) |  |
| Fees: |  | $5,988.78 |
| Disbursements: |  | $0.00 |

**Total Current Invoice:**    $5,988.78

INCORPORATED IN PENNSYLVANIA :: TAX ID.



|  | Union Trust Building |
|---|---|
|  | 501 Grant Street – Suite 200 |
|  | Pittsburgh, PA  15219-4413 |
|  | T 412 562 8800 |
|  | F 412 562 1041 |
|  | www.bipc.com |

PNC BANK, N.A.
249 FIFTH AVENUE
PITTSBURGH, PA 15222
ATTENTION: JENNIFER L. CALLEN-NAVIGLIA
VICE PRESIDENT

December 31, 2020
Invoice No. 12061215

**For Professional Services Rendered:**

RE:   R A S H LLC
      Our Reference: 0011046-800230

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 11/20/20 | T. A. Shulsky | 0.60 | █████ |
| 11/20/20 | T. A. Shulsky | 0.40 | █████ |
| 11/20/20 | T. A. Shulsky | 0.30 | █████ |
| 11/23/20 | T. A. Shulsky | 1.10 | █████ |
| 11/23/20 | T. A. Shulsky | 0.50 | █████ |
| 11/24/20 | T. A. Shulsky | 0.40 | █████ |
| 11/24/20 | T. A. Shulsky | 0.20 | █████ |
| 11/30/20 | T. A. Shulsky | 0.70 | █████ |
| 11/30/20 | T. A. Shulsky | 0.30 | █████ |
| 11/30/20 | T. A. Shulsky | 0.20 | █████ |
| 12/01/20 | T. A. Shulsky | 1.10 | █████ |
| 12/01/20 | T. A. Shulsky | 0.60 | █████ |
| 12/01/20 | T. A. Shulsky | 0.30 | █████ |
| 12/01/20 | T. A. Shulsky | 0.20 | █████ |
| 12/01/20 | T. A. Shulsky | 0.20 | █████ |
| 12/02/20 | T. A. Shulsky | 0.60 | █████ |
| 12/02/20 | T. A. Shulsky | 0.20 | █████ |

PNC BANK, N.A.                                                    Page 2
RE: R A S H LLC                                                   December 31, 2020
   0011046-800230                                         Invoice No. 12061215

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 12/03/20 | T. A. Shulsky | 0.80 | [redacted] |
| 12/11/20 | T. A. Shulsky | 0.40 | [redacted] |
| 12/14/20 | T. A. Shulsky | 0.70 | [redacted] |
| 12/16/20 | T. A. Shulsky | 1.80 | [redacted] |
| 12/16/20 | T. A. Shulsky | 0.80 | [redacted] |
| 12/16/20 | T. A. Shulsky | 0.40 | [redacted] |
| 12/17/20 | T. A. Shulsky | 0.30 | [redacted] |
| 12/21/20 | T. A. Shulsky | 0.40 | [redacted] |
| 12/29/20 | T. A. Shulsky | 0.70 | [redacted] |
| 12/29/20 | T. A. Shulsky | 0.30 | [redacted] |
| 12/29/20 | T. A. Shulsky | 0.20 | [redacted] |

               Total Hours    14.70

|  |  |
|---|---:|
| Total Fees | $6,174.00 |
| Courtesy Discount | ($185.22) |
| Adjusted Fee Total | $5,988.78 |
| **Amount Due This Invoice:** | **$5,988.78** |



Union Trust Building
501 Grant Street – Suite 200
Pittsburgh, PA 15219-4413

T 412 562 8800
F 412 562 1041
www.bipc.com

## REMITTANCE STATEMENT

PNC BANK, N.A.
249 FIFTH AVENUE
PITTSBURGH, PA 15222
ATTENTION: JENNIFER L. CALLEN-NAVIGLIA
VICE PRESIDENT

December 31, 2020
Invoice No. 12061215

| | |
|---|---|
| Our Reference: | 0011046-800230 |
| Client Name: | PNC BANK, N.A. |
| Invoice Date: | December 31, 2020 |
| Invoice Number: | 12061215 |
| Total Due This Invoice: | $5,988.78 |
| **Total Due All Invoices For this Matter:** | **$5,988.78** |

**PLEASE RETURN THIS REMITTANCE STATEMENT WITH YOUR PAYMENT**
**THANK YOU**

If you have any questions, please call at Cynthia Pofi (412) 392-2104
Make checks payable to: Buchanan Ingersoll & Rooney
Union Trust Building
Attn: Accounting Department
501 Grant Street – Suite 200
Pittsburgh, PA 15219-4413
Tax ID: [Redacted FRCP 5.2 information]

Wire / ACH Information
PNC Bank, Pittsburgh PA
Buchanan Ingersoll & Rooney Corporate Account
Account #: [redacted]
Routing #: [redacted]
Please Reference [redacted]   Invoice: 12061215

Amount remitted this payment: $ _____

**RECENT FEES AND DISBURSEMENTS MAY NOT
YET BE ENTERED ON YOUR ACCOUNT AND
IF NOT, WILL BE SUBSEQUENTLY BILLED**