

# Padfield & Stout, LLP

## Attorneys & Counselors at Law

420 Throckmorton St , Suite 1210
Fort Worth, TX 76102
817-338-1616

8/1/2020

**PNC Equipment Finance**
PNC Harborside One East Pratt St.
C3-C411-05-6
Baltimore, MD 21202

Tax ID: FRCP 5.2 redaction
Due Date: Net 30

Please include Invoice Number with all payments. Thank you.

RASH, LLC

Invoice #: 111660

### Professional Services Rendered

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 6/15/2020 | JL | | 0.20 | $250.00 | $50.00 |
| 6/16/2020 | JL | | 0.20 | $250.00 | $50.00 |
| 6/16/2020 | CVA | | 0.80 | $275.00 | $220.00 |
| 6/16/2020 | JL | | 0.20 | $250.00 | $50.00 |
| 6/18/2020 | CVA | | 0.70 | $275.00 | $192.50 |
| 6/18/2020 | CVA | | 1.00 | $275.00 | $275.00 |
| 6/18/2020 | CVA | | 0.20 | $275.00 | $55.00 |
| 6/19/2020 | JL | | 0.30 | $250.00 | $75.00 |
| 6/19/2020 | CVA | | 0.30 | $275.00 | $82.50 |
| 6/19/2020 | CVA | | 0.10 | $275.00 | $27.50 |
| 6/22/2020 | CVA | | 0.20 | $275.00 | $55.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 6/22/2020 | CVA | █████████████████ ███████ | 0.40 | $275.00 | $110.00 |
| 6/22/2020 | SH | █████████ | 0.10 | $100.00 | $10.00 |
| 6/29/2020 | CVA | ████████████████ ████████████████ ██████ | 0.20 | $275.00 | $55.00 |
| 7/6/2020 | CVA | ████████████ ████ | 0.10 | $275.00 | $27.50 |
| 7/7/2020 | JL | ████████████████ ██████ | 0.20 | $250.00 | $50.00 |
| 7/7/2020 | MS | ███████████ | 0.10 | $290.00 | $29.00 |
| 7/23/2020 | MS | ███████████ | 0.10 | $290.00 | $29.00 |
| 7/24/2020 | OB | ███████████ ███████████ | 0.30 | $200.00 | $60.00 |
| 7/24/2020 | OB | ████████████████ ██████████ █████████ | 1.90 | $200.00 | $380.00 |
| 7/24/2020 | CVA | ████████████████ ██████████ | 0.40 | $275.00 | $110.00 |
| 7/24/2020 | CVA | ███████ | 0.30 | $275.00 | $82.50 |
| 7/24/2020 | AP | ████████████████ █████████████ ████ | 0.80 | $295.00 | $236.00 |
| 7/24/2020 | OB | ████████████████ █████████ | 0.30 | $200.00 | $60.00 |
| 7/24/2020 | MS | ███████████████ | 0.50 | $290.00 | $145.00 |
| 7/24/2020 | CVA | ████████████ ████████ | 0.20 | $275.00 | $55.00 |
| 7/24/2020 | MS | █████████████ | 0.10 | $290.00 | $29.00 |
| 7/24/2020 | CVA | ██████████████ | 0.20 | $275.00 | $55.00 |
| 7/24/2020 | CVA | ████████████████ █████████████████ ███ | 0.40 | $275.00 | $110.00 |
| 7/27/2020 | MS | █████████ | 0.10 | $290.00 | $29.00 |
| 7/27/2020 | MS | █████████ | 0.10 | $290.00 | $29.00 |
| 7/27/2020 | OB | ████████████ ██████████████ | 1.60 | $200.00 | $320.00 |
| 7/27/2020 | OB | ████████████████ █████████████ | 0.90 | $200.00 | $180.00 |

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/27/2020 | MS | ████████ | 0.10 | $290.00 | $29.00 |
| 7/28/2020 | OB | ████████ | 0.40 | $200.00 | $80.00 |
| 7/28/2020 | OB | ████████ | 0.80 | $200.00 | $160.00 |
| 7/28/2020 | OB | ████████ | 0.90 | $200.00 | $180.00 |
| 7/28/2020 | OB | ████████ | 0.20 | $200.00 | $40.00 |
| 7/28/2020 | OB | ████████ | 0.10 | $200.00 | $20.00 |
| 7/28/2020 | CVA | ████████ | 0.20 | $275.00 | $55.00 |
| 7/28/2020 | MS | ████████ | 0.10 | $290.00 | $29.00 |
| 7/28/2020 | OB | ████████ | 0.50 | $200.00 | $100.00 |
| 7/28/2020 | MS | ████████ | 0.10 | $290.00 | $29.00 |
| 7/28/2020 | MS | ████████ | 0.20 | $290.00 | $58.00 |
| 7/28/2020 | CVA | ████████ | 0.10 | $275.00 | $27.50 |
| 7/28/2020 | CVA | ████████ | 0.10 | $275.00 | $27.50 |
| 7/29/2020 | MS | ████████ | 0.50 | $290.00 | $145.00 |
| 7/29/2020 | MS | ████████ | 0.20 | $290.00 | $58.00 |
| 7/29/2020 | MS | ████████ | 0.30 | $290.00 | $87.00 |
| 7/29/2020 | OB | ████████ | 1.20 | $200.00 | $240.00 |
| 7/29/2020 | AP | ████████ | 1.00 | $295.00 | $295.00 |
| 7/29/2020 | Clerk | ████████ | 2.00 | $100.00 | No Charge |
| 7/29/2020 | OB | ████████ | 0.20 | $200.00 | $40.00 |
| 7/29/2020 | OB | ████████ | 0.20 | $200.00 | $40.00 |

| Date | TK | Description | Hours | Rate | Amount |
|------|-----|------------|-------|------|--------|
| 7/29/2020 | AP | ██████████████████ | 1.00 | $295.00 | $295.00 |
| 7/29/2020 | OB | ██████████████████ | 1.50 | $200.00 | $300.00 |
| 7/30/2020 | OB | ██████████████████ | 1.00 | $200.00 | $200.00 |
| 7/30/2020 | OB | ██████████████████ | 0.50 | $200.00 | $100.00 |
| 7/30/2020 | MS | ██████████████████ | 0.20 | $290.00 | $58.00 |
| 7/30/2020 | MS | ██████████████████ | 0.20 | $290.00 | $58.00 |
| 7/31/2020 | SF | ██████████████████ | 0.10 | $100.00 | $10.00 |

| | Total Hours | Total Amount |
|---|---|---|
| | 27.40 | $6,084.50 |

**Expense(s)**

| Date | Timekeeper | Description | Qty | Price | Amount |
|------|-----------|-------------|-----|-------|--------|
| 6/22/2020 | CN | Photocopies | 18.00 | $0.05 | $0.90 |
| 6/22/2020 | CN | Postage | 1.00 | $22.20 | $22.20 |

| | Total Qty | Total Amount |
|---|---|---|
| | 19.00 | $23.10 |

| Total Amount Due | $6,107.60 |
|---|---|
| Due | $0.00 |



# Padfield & Stout, LLP

### Attorneys & Counselors at Law

420 Throckmorton St , Suite 1210
Fort Worth, TX 76102
817-338-1616

9/1/2020

**PNC Equipment Finance**
PNC Harborside One East Pratt St.
C3-C411-05-6
Baltimore, MD 21202

Tax ID:  <span style="background:black;color:red">FRCP 5.2 redaction</span>
Due Date:   Net 30

Please include Invoice Number with all payments. Thank you.

RASH, LLC

**Invoice #:** 112455

**Professional Services Rendered**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 8/3/2020 | OB | ▆▆▆▆▆▆▆▆▆▆ | 1.30 | $200.00 | $260.00 |
| 8/3/2020 | OB | ▆▆▆▆▆▆▆▆▆▆ | 0.20 | $200.00 | $40.00 |
| 8/3/2020 | MS | ▆▆▆▆▆▆ | 0.30 | $290.00 | $87.00 |
| 8/3/2020 | CVA | ▆▆▆▆▆▆▆▆ | 0.40 | $275.00 | $110.00 |
| 8/3/2020 | MS | ▆▆ | 0.10 | $290.00 | $29.00 |
| 8/3/2020 | AP | ▆▆▆▆ | 0.20 | $295.00 | $59.00 |
| 8/3/2020 | OB | ▆▆▆▆▆▆ | 0.60 | $200.00 | $120.00 |
| 8/3/2020 | CVA | ▆▆▆▆▆▆ (1.7). | 1.70 | $275.00 | $467.50 |
| 8/3/2020 | AP | ▆▆▆▆▆▆ | 0.50 | $295.00 | $147.50 |

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/3/2020 | CVA | ███████████ | 0.40 | $275.00 | $110.00 |
| 8/3/2020 | CVA | ███████████ (0.5). | 0.50 | $275.00 | $137.50 |
| 8/3/2020 | MS | ███████ | 0.20 | $290.00 | $58.00 |
| 8/3/2020 | MS | ███████ | 0.40 | $290.00 | $116.00 |
| 8/3/2020 | CVA | ███████████ | 0.80 | $275.00 | $220.00 |
| 8/5/2020 | CVA | ███████ | 0.10 | $275.00 | $27.50 |
| 8/10/2020 | CVA | ███████ | 0.20 | $275.00 | $55.00 |
| 8/10/2020 | OB | ███████ | 0.50 | $200.00 | $100.00 |
| 8/10/2020 | MS | ███████ (.1) | 0.10 | $290.00 | $29.00 |
| 8/10/2020 | CVA | ███████ | 0.10 | $275.00 | $27.50 |
| 8/10/2020 | OB | ███████ | 1.10 | $200.00 | $220.00 |
| 8/11/2020 | SH | ███████ | 1.00 | $100.00 | $100.00 |
| 8/11/2020 | OB | ███████ | 0.30 | $200.00 | No Charge |
| 8/11/2020 | SH | ███████ | 0.20 | $100.00 | $20.00 |
| 8/11/2020 | SH | ███████ | 0.10 | $100.00 | $10.00 |
| 8/11/2020 | SH | ███████ | 0.10 | $100.00 | $10.00 |
| 8/11/2020 | SH | ███████ | 0.10 | $100.00 | $10.00 |
| 8/11/2020 | CVA | ███████ | 0.20 | $275.00 | $55.00 |
| 8/11/2020 | OB | ███████ | 0.20 | $200.00 | No Charge |
| 8/11/2020 | MS | ███████ (.2) | 0.20 | $290.00 | $58.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/11/2020 | MS | ███████ | 0.20 | $290.00 | $58.00 |
| 8/11/2020 | SH | ███████ | 0.10 | $100.00 | $10.00 |
| 8/12/2020 | OB | ███████ | 0.20 | $200.00 | $40.00 |
| 8/12/2020 | MS | ███████ | 0.10 | $290.00 | $29.00 |
| 8/12/2020 | MS | ███████ (.1) | 0.10 | $290.00 | $29.00 |
| 8/12/2020 | MS | ███████ | 0.10 | $290.00 | No Charge |
| 8/13/2020 | MS | ███████ | 0.20 | $290.00 | $58.00 |
| 8/13/2020 | AP | ███████ | 0.20 | $295.00 | $59.00 |
| 8/13/2020 | AP | ███████ | 0.40 | $295.00 | $118.00 |
| 8/13/2020 | AP | ███████ | 0.20 | $295.00 | $59.00 |
| 8/13/2020 | CVA | ███████ | 0.10 | $275.00 | No Charge |
| 8/13/2020 | MS | ███████ | 0.10 | $290.00 | $29.00 |
| 8/13/2020 | AP | ███████ | 0.20 | $295.00 | $59.00 |
| 8/13/2020 | MS | ███████ | 0.40 | $290.00 | $116.00 |
| 8/13/2020 | MS | ███████ | 0.20 | $290.00 | $58.00 |
| 8/13/2020 | MS | ███████ | 0.10 | $290.00 | $29.00 |
| 8/13/2020 | MS | ███████ (.1) | 0.10 | $290.00 | $29.00 |
| 8/13/2020 | MS | ███████ | 0.10 | $290.00 | $29.00 |
| 8/13/2020 | MS | ███████ | 0.10 | $290.00 | $29.00 |
| 8/13/2020 | MS | ███████ | 0.60 | $290.00 | $174.00 |
| 8/13/2020 | MS | ███████ | 0.50 | $290.00 | $145.00 |
| 8/13/2020 | MS | ███████ | 0.10 | $290.00 | $29.00 |
| 8/13/2020 | AP | ███████ | 0.30 | $295.00 | $88.50 |

| Date | Code | | Hours | Rate | Amount |
|------|------|------|------|------|------|
| 8/13/2020 | MS | ████████████ | 0.20 | $290.00 | $58.00 |
| 8/13/2020 | AP | ████████████ | 0.70 | $295.00 | $206.50 |
| 8/13/2020 | CVA | ████████████ | 0.10 | $275.00 | $27.50 |
| 8/13/2020 | CVA | ████████████ | 0.40 | $275.00 | $110.00 |
| 8/13/2020 | CVA | ████████████ | 0.20 | $275.00 | $55.00 |
| 8/13/2020 | CVA | ████████████ | 0.30 | $275.00 | $82.50 |
| 8/13/2020 | CVA | ████████████ | 0.40 | $275.00 | $110.00 |
| 8/13/2020 | OB | ████████████ | 0.20 | $200.00 | $40.00 |
| 8/14/2020 | MS | ████████████ (.4) | 0.40 | $290.00 | $116.00 |
| 8/14/2020 | OB | ████████████ | 1.00 | $200.00 | $200.00 |
| 8/14/2020 | MS | ████████████ | 0.20 | $290.00 | $58.00 |
| 8/14/2020 | AP | ████████████ | 0.50 | $295.00 | $147.50 |
| 8/14/2020 | SLV | ████████████ | 0.10 | $100.00 | No Charge |
| 8/14/2020 | MS | ████████████ | 0.40 | $290.00 | $116.00 |
| 8/14/2020 | OB | ████████████ | 0.30 | $200.00 | No Charge |
| 8/14/2020 | OB | ████████████ | 1.50 | $200.00 | $300.00 |
| 8/14/2020 | OB | ████████████ | 0.20 | $200.00 | No Charge |

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/14/2020 | CVA | ████████████████ | 0.60 | $275.00 | No Charge |
| 8/14/2020 | Clerk | ████████████████ | 0.70 | $100.00 | No Charge |
| 8/14/2020 | MS | ████████████████ | 0.30 | $290.00 | $87.00 |
| 8/14/2020 | CVA | ████████████████ | 0.50 | $275.00 | $137.50 |
| 8/14/2020 | OB | ████████████████ | 0.20 | $200.00 | $40.00 |
| 8/14/2020 | MS | ████████████████ (.1) | 0.10 | $290.00 | $29.00 |
| 8/14/2020 | OB | ████████████████ | 0.60 | $200.00 | $120.00 |
| 8/14/2020 | MS | ████████████████ | 0.30 | $290.00 | $87.00 |
| 8/14/2020 | MS | ████████████████ | 0.30 | $290.00 | $87.00 |
| 8/14/2020 | OB | ████████████████ | 0.40 | $200.00 | $80.00 |
| 8/14/2020 | AP | ████████████████ | 0.50 | $295.00 | $147.50 |
| 8/14/2020 | CVA | ████████████████ | 0.50 | $275.00 | $137.50 |
| 8/14/2020 | Clerk | ████████████████ | 0.70 | $100.00 | No Charge |
| 8/14/2020 | MS | ████████████████ | 0.20 | $290.00 | $58.00 |
| 8/14/2020 | SLV | ████████████████ | 0.40 | $100.00 | No Charge |
| 8/14/2020 | CVA | ████████████████ | 0.40 | $275.00 | $110.00 |
| 8/14/2020 | MS | ████████████████ | 0.30 | $290.00 | $87.00 |
| 8/14/2020 | MS | ████████████████ (.1) | 0.10 | $290.00 | $29.00 |

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/14/2020 | CVA | ████████ | 4.70 | $275.00 | $1,292.50 |
| 8/14/2020 | OB | ████████ | 0.20 | $200.00 | $40.00 |
| 8/14/2020 | MS | ████████ | 0.10 | $290.00 | $29.00 |
| 8/14/2020 | AP | ████████ | 0.40 | $295.00 | $118.00 |
| 8/14/2020 | CVA | ████████ | 0.40 | $275.00 | No Charge |
| 8/14/2020 | OB | ████████ | 0.20 | $200.00 | $40.00 |
| 8/14/2020 | AP | ████████ | 0.50 | $295.00 | $147.50 |
| 8/14/2020 | OB | ████████ | 0.70 | $200.00 | $140.00 |
| 8/14/2020 | OB | ████████ | 0.70 | $200.00 | No Charge |
| 8/14/2020 | CVA | ████████ | 0.50 | $275.00 | $137.50 |
| 8/14/2020 | OB | ████████ | 1.50 | $200.00 | $300.00 |
| 8/14/2020 | CVA | ████████ | 0.20 | $275.00 | $55.00 |

| Date | Init | | Hours | Rate | Amount |
|------|------|---|-------|------|--------|
| 8/14/2020 | MS | | 0.20 | $290.00 | $58.00 |
| 8/14/2020 | OB | | 0.10 | $200.00 | $20.00 |
| 8/15/2020 | MS | | 2.20 | $290.00 | No Charge |
| 8/15/2020 | OB | | 0.20 | $200.00 | $40.00 |
| 8/15/2020 | OB | | 0.30 | $200.00 | $60.00 |
| 8/15/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 8/15/2020 | AP | | 0.50 | $295.00 | $147.50 |
| 8/15/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 8/15/2020 | AP | | 0.30 | $295.00 | $88.50 |
| 8/15/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 8/15/2020 | AP | | 1.00 | $295.00 | $295.00 |
| 8/15/2020 | MS | | 0.20 | $290.00 | $58.00 |
| 8/15/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 8/15/2020 | OB | | 2.10 | $200.00 | $420.00 |
| 8/15/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 8/15/2020 | MS | | 0.30 | $290.00 | $87.00 |
| 8/15/2020 | JL | | 0.30 | $250.00 | No Charge |
| 8/15/2020 | OB | | 0.30 | $200.00 | $60.00 |

| Date | Code | | Hours | Rate | Amount |
|------|------|---|-------|------|--------|
| 8/15/2020 | MS | | 0.20 | $290.00 | $58.00 |
| 8/15/2020 | AP | | 1.80 | $295.00 | $531.00 |
| 8/15/2020 | AP | | 0.50 | $295.00 | $147.50 |
| 8/15/2020 | AP | | 0.30 | $295.00 | $88.50 |
| 8/15/2020 | OB | | 0.30 | $200.00 | No Charge |
| 8/16/2020 | MS | | 0.20 | $290.00 | $58.00 |
| 8/16/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 8/16/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 8/16/2020 | AP | | 0.50 | $295.00 | $147.50 |
| 8/16/2020 | CVA | | 1.20 | $275.00 | $330.00 |
| 8/16/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 8/16/2020 | OB | | 0.20 | $200.00 | $40.00 |
| 8/16/2020 | MS | | 0.50 | $290.00 | $145.00 |
| 8/16/2020 | MS | | 0.80 | $290.00 | No Charge |
| 8/16/2020 | AP | | 0.30 | $295.00 | $88.50 |
| 8/17/2020 | CVA | | 0.20 | $275.00 | $55.00 |
| 8/17/2020 | CVA | | 0.90 | $275.00 | No Charge |
| 8/17/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 8/17/2020 | AP | | 0.30 | $295.00 | $88.50 |
| 8/17/2020 | SH | | 0.10 | $100.00 | $10.00 |

| Date | Init | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/17/2020 | MS | ▬▬▬▬▬▬▬ | 0.50 | $290.00 | $145.00 |
| 8/17/2020 | OB | ▬▬▬▬▬▬▬ | 0.10 | $200.00 | $20.00 |
| 8/17/2020 | SH | ▬▬▬▬▬ | 0.30 | $100.00 | $30.00 |
| 8/17/2020 | MS | ▬▬▬▬▬ | 0.10 | $290.00 | $29.00 |
| 8/17/2020 | CVA | ▬▬▬▬▬ | 0.20 | $275.00 | $55.00 |
| 8/17/2020 | CVA | ▬▬▬▬▬ | 2.10 | $275.00 | No Charge |
| 8/17/2020 | AP | ▬▬▬ | 0.10 | $295.00 | $29.50 |
| 8/17/2020 | CVA | ▬▬▬▬▬ | 0.40 | $275.00 | $110.00 |
| 8/17/2020 | AP | ▬▬▬▬▬ | 0.30 | $295.00 | $88.50 |
| 8/17/2020 | MS | ▬▬▬▬▬ | 0.10 | $290.00 | $29.00 |
| 8/17/2020 | OB | ▬▬▬▬▬ | 1.10 | $200.00 | $220.00 |
| 8/17/2020 | MS | ▬▬▬ | 0.20 | $290.00 | $58.00 |
| 8/17/2020 | AP | ▬▬▬ | 0.20 | $295.00 | $59.00 |
| 8/17/2020 | OB | ▬▬▬▬▬ | 2.60 | $200.00 | No Charge |
| 8/17/2020 | AP | ▬▬▬▬ | 0.30 | $295.00 | $88.50 |
| 8/17/2020 | CVA | ▬▬▬▬ | 0.10 | $275.00 | $27.50 |
| 8/17/2020 | MS | ▬▬▬▬▬ | 0.10 | $290.00 | $29.00 |
| 8/17/2020 | MS | ▬▬ | 0.20 | $290.00 | $58.00 |
| 8/17/2020 | MS | ▬▬▬▬▬ | 0.10 | $290.00 | $29.00 |
| 8/17/2020 | OB | ▬▬▬▬▬ | 0.60 | $200.00 | $120.00 |
| 8/17/2020 | AP | ▬▬▬▬▬ | 0.40 | $295.00 | $118.00 |

| Date | Code | | Hours | Rate | Amount |
|------|------|---|-------|------|--------|
| 8/17/2020 | MS | | 0.30 | $290.00 | $87.00 |
| 8/17/2020 | MS | | 0.20 | $290.00 | $58.00 |
| 8/17/2020 | AP | | 0.30 | $295.00 | $88.50 |
| 8/18/2020 | OB | | 0.70 | $200.00 | $140.00 |
| 8/18/2020 | AP | | 0.30 | $295.00 | $88.50 |
| 8/18/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 8/18/2020 | MS | | 0.20 | $290.00 | $58.00 |
| 8/18/2020 | CVA | | 0.80 | $275.00 | No Charge |
| 8/18/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 8/18/2020 | MS | | 0.20 | $290.00 | $58.00 |
| 8/18/2020 | AP | | 0.80 | $295.00 | $236.00 |
| 8/18/2020 | AP | | 0.10 | $295.00 | $29.50 |
| 8/18/2020 | AP | | 0.60 | $295.00 | $177.00 |
| 8/18/2020 | MS | | 0.30 | $290.00 | $87.00 |
| 8/18/2020 | CVA | | 0.30 | $275.00 | No Charge |
| 8/18/2020 | CVA | | 0.50 | $275.00 | $137.50 |
| 8/18/2020 | OB | | 0.30 | $200.00 | $60.00 |
| 8/18/2020 | OB | | 0.30 | $200.00 | $60.00 |
| 8/18/2020 | MS | | 0.80 | $290.00 | $232.00 |

| 8/18/2020 | AP | ▮▮▮▮▮▮▮▮▮ | 0.40 | $295.00 | $118.00 |
| 8/18/2020 | AP | ▮▮▮▮▮▮▮ | 0.30 | $295.00 | $88.50 |
| 8/18/2020 | MS | ▮▮▮▮▮ | 0.20 | $290.00 | $58.00 |
| 8/18/2020 | SH | ▮▮▮ | 0.20 | $100.00 | $20.00 |
| 8/18/2020 | CVA | ▮▮▮▮▮ | 0.50 | $275.00 | No Charge |
| 8/18/2020 | MS | ▮▮▮ | 0.10 | $290.00 | $29.00 |
| 8/18/2020 | MS | ▮▮▮▮ | 0.30 | $290.00 | $87.00 |
| 8/18/2020 | MS | ▮▮▮ | 0.10 | $290.00 | $29.00 |
| 8/18/2020 | MS | ▮▮▮▮ | 0.30 | $290.00 | $87.00 |
| 8/18/2020 | MS | ▮▮▮▮ | 0.50 | $290.00 | $145.00 |
| 8/18/2020 | MS | ▮▮▮▮ | 0.50 | $290.00 | No Charge |
| 8/18/2020 | CVA | ▮▮▮ | 1.50 | $275.00 | $412.50 |
| 8/18/2020 | MS | ▮▮▮ | 0.10 | $290.00 | $29.00 |
| 8/18/2020 | SH | ▮▮ | 0.20 | $100.00 | $20.00 |
| 8/19/2020 | CVA | ▮▮▮▮ | 0.10 | $275.00 | $27.50 |
| 8/19/2020 | AP | ▮▮▮▮▮▮ | 0.40 | $295.00 | $118.00 |
| 8/19/2020 | MS | ▮▮▮ | 0.10 | $290.00 | No Charge |
| 8/19/2020 | MS | ▮▮▮ | 0.10 | $290.00 | No Charge |
| 8/19/2020 | MS | ▮▮▮ | 0.20 | $290.00 | $58.00 |
| 8/19/2020 | MS | ▮▮ | 0.10 | $290.00 | No Charge |

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/19/2020 | MS | ██████████████████████ | 0.10 | $290.00 | $29.00 |
| 8/19/2020 | MS | ██████████████████████ ██████████ | 0.80 | $290.00 | $232.00 |
| 8/19/2020 | MS | ██████████████████████ | 0.10 | $290.00 | $29.00 |
| 8/19/2020 | OB | ██████████████████████ ██████████████████████ ██████ | 0.90 | $200.00 | $180.00 |
| 8/20/2020 | AP | ██████████████████ ██████ | 0.20 | $295.00 | $59.00 |
| 8/20/2020 | AP | ████████████████ | 0.30 | $295.00 | $88.50 |
| 8/20/2020 | OB | ██████████████████ ████████████████ | 0.40 | $200.00 | No Charge |
| 8/20/2020 | MS | █████████████████████████(.1) | 0.10 | $290.00 | $29.00 |
| 8/20/2020 | CVA | ██████████████████ ██████████████████ ████████████ | 0.10 | $275.00 | No Charge |
| 8/20/2020 | AP | ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████████████████ ████████ | 0.50 | $295.00 | $147.50 |
| 8/20/2020 | AP | ██████████████████ ██████████████████ ██████ | 0.20 | $295.00 | $59.00 |
| 8/20/2020 | AP | ██████████████████ | 0.40 | $295.00 | $118.00 |
| 8/20/2020 | AP | ██████████████████ ██ | 0.10 | $295.00 | $29.50 |
| 8/20/2020 | OB | ██████████████████ ████████████ | 0.10 | $200.00 | $20.00 |
| 8/20/2020 | AP | ██████████████████ ██████████████████ ████████████ | 0.20 | $295.00 | $59.00 |

| | | | | | |
|---|---|---|---|---|---|
| 8/20/2020 | CVA | | 0.50 | $275.00 | No Charge |
| 8/20/2020 | AP | | 0.40 | $295.00 | $118.00 |
| 8/20/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 8/20/2020 | AP | | 0.10 | $295.00 | $29.50 |
| 8/20/2020 | OB | | 0.30 | $200.00 | No Charge |
| 8/20/2020 | OB | | 0.30 | $200.00 | No Charge |
| 8/20/2020 | OB | | 0.30 | $200.00 | $60.00 |
| 8/20/2020 | AP | | 0.40 | $295.00 | $118.00 |
| 8/20/2020 | AP | | 0.20 | $295.00 | $59.00 |
| 8/20/2020 | CVA | | 0.40 | $275.00 | $110.00 |
| 8/20/2020 | OB | | 1.50 | $200.00 | $300.00 |
| 8/21/2020 | AP | | 0.30 | $295.00 | $88.50 |
| 8/21/2020 | AP | | 0.20 | $295.00 | $59.00 |
| 8/21/2020 | OB | | 0.10 | $200.00 | $20.00 |
| 8/21/2020 | AP | | 0.10 | $295.00 | $29.50 |
| 8/21/2020 | AP | | 0.30 | $295.00 | $88.50 |
| 8/24/2020 | AP | | 0.30 | $295.00 | $88.50 |
| 8/24/2020 | MS | | 0.90 | $290.00 | $261.00 |
| 8/24/2020 | MS | | 0.40 | $290.00 | $116.00 |
| 8/24/2020 | MS | | 0.10 | $290.00 | $29.00 |

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/24/2020 | OB | | 0.20 | $200.00 | $40.00 |
| 8/24/2020 | AP | | 0.30 | $295.00 | $88.50 |
| 8/24/2020 | OB | | 0.60 | $200.00 | $120.00 |
| 8/24/2020 | AP | | 0.20 | $295.00 | $59.00 |
| 8/24/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 8/24/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 8/24/2020 | MS | | 0.20 | $290.00 | $58.00 |
| 8/24/2020 | MS | | 0.10 | $290.00 | No Charge |
| 8/25/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 8/25/2020 | OB | | 0.30 | $200.00 | $60.00 |
| 8/25/2020 | SH | | 0.10 | $100.00 | No Charge |
| 8/25/2020 | AP | | 0.30 | $295.00 | $88.50 |
| 8/25/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 8/25/2020 | MS | | 0.30 | $290.00 | No Charge |
| 8/25/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 8/25/2020 | AP | | 0.20 | $295.00 | $59.00 |
| 8/25/2020 | AP | | 0.20 | $295.00 | $59.00 |
| 8/25/2020 | MS | | 0.20 | $290.00 | $58.00 |
| 8/25/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 8/26/2020 | CVA | | 0.40 | $275.00 | $110.00 |
| 8/26/2020 | AP | | 0.70 | $295.00 | $206.50 |

| Date | Type | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/26/2020 | AP | ██████████████ | 0.20 | $295.00 | $59.00 |
| 8/26/2020 | AP | ██████████████ | 0.20 | $295.00 | $59.00 |
| 8/26/2020 | AP | ██████████████ | 0.20 | $295.00 | $59.00 |
| 8/26/2020 | MS | ██████████████ | 0.10 | $290.00 | $29.00 |
| 8/26/2020 | MS | ██████████████ | 0.50 | $290.00 | $145.00 |
| 8/26/2020 | MS | ██████████████ | 0.10 | $290.00 | $29.00 |
| 8/26/2020 | CVA | ██████████████ | 0.30 | $275.00 | $82.50 |
| 8/26/2020 | AP | ██████████████ | 0.30 | $295.00 | $88.50 |
| 8/27/2020 | AP | ██████████████ | 0.50 | $295.00 | $147.50 |
| 8/27/2020 | CVA | ██████████████ | 0.40 | $275.00 | No Charge |
| 8/27/2020 | CVA | ██████████████ | 0.20 | $275.00 | No Charge |
| 8/27/2020 | CVA | ██████████████ | 0.70 | $275.00 | $192.50 |
| 8/27/2020 | CVA | ██████████████ | 0.20 | $275.00 | No Charge |
| 8/27/2020 | CVA | ██████████████ | 0.30 | $275.00 | $82.50 |
| 8/27/2020 | CVA | ██████████████ | 0.20 | $275.00 | $55.00 |
| 8/27/2020 | OB | ██████████████ | 0.60 | $200.00 | No Charge |
| 8/27/2020 | AP | ██████████████ | 0.30 | $295.00 | $88.50 |
| 8/27/2020 | CVA | ██████████████ | 0.40 | $275.00 | $110.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 8/27/2020 | CVA | ███████████████ | 0.10 | $275.00 | No Charge |
| 8/28/2020 | OB | ███████████████ | 1.00 | $200.00 | No Charge |
| 8/28/2020 | MS | ███████████ | 0.10 | $290.00 | $29.00 |
| 8/28/2020 | MS | ███████████████ | 0.20 | $290.00 | $58.00 |
| 8/28/2020 | MS | ███████████████ | 0.30 | $290.00 | $87.00 |
| 8/28/2020 | AP | ███████████████ | 0.30 | $295.00 | $88.50 |
| 8/28/2020 | MS | ███████████ | 0.10 | $290.00 | $29.00 |
| 8/28/2020 | MS | ███████████████ | 0.40 | $290.00 | $116.00 |
| 8/31/2020 | OB | ███████████████ | 0.80 | $200.00 | No Charge |
| 8/31/2020 | MS | ███████████ | 0.20 | $290.00 | $58.00 |

|  | Total Hours | Total Amount |
|--|-------------|--------------|
|  | 107.60 | $22,384.00 |

**Expense(s)**

| Date | Timekeeper | Description | Qty | Price | Amount |
|------|-----------|-------------|-----|-------|--------|
| 8/1/2020 | CN | PACER Search total for the month | 1.00 | $4.20 | $4.20 |
| 8/19/2020 | CN | Title Search Fee | 1.00 | $250.00 | $250.00 |

|  | Total Qty | Total Amount |
|--|-----------|--------------|
|  | 2.00 | $254.20 |

| | |
|--|--|
| Sub Total | $22,638.20 |
| Discount | $2,000.00 |
| Total Amount Due | $20,638.20 |
| Due | $0.00 |



# Padfield & Stout, LLP

### Attorneys & Counselors at Law

420 Throckmorton St , Suite 1210
Fort Worth, TX 76102
817-338-1616

10/1/2020

PNC Equipment Finance
PNC Harborside One East Pratt St.
C3-C411-05-6
Baltimore, MD 21202

**Tax ID:** FRCP 5.2 redaction
**Due Date:** Net 30

Please include Invoice Number with all payments. Thank you.

RASH, LLC

**Invoice #:** 113505

**Professional Services Rendered**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 8/27/2020 | AP | | 0.20 | $295.00 | $59.00 |
| 8/27/2020 | AP | | 0.20 | $295.00 | $59.00 |
| 8/27/2020 | AP | | 0.20 | $295.00 | $59.00 |
| 8/27/2020 | AP | | 0.30 | $295.00 | $88.50 |
| 8/27/2020 | AP | | 0.10 | $295.00 | $29.50 |
| 8/27/2020 | AP | | 0.20 | $295.00 | $59.00 |
| 8/31/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 8/31/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 8/31/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 8/31/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 9/1/2020 | MS | | 0.20 | $290.00 | $58.00 |
| 9/1/2020 | MS | | 0.20 | $290.00 | $58.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/2/2020 | MS | ████████████████████████ ████████ | 0.10 | $290.00 | $29.00 |
| 9/2/2020 | MS | ████████████████████████ ████████ | 0.10 | $290.00 | $29.00 |
| 9/2/2020 | MS | ████████████████████████(.1) | 0.10 | $290.00 | $29.00 |
| 9/3/2020 | MS | ████████████████████ | 0.10 | $290.00 | $29.00 |
| 9/3/2020 | MS | ████████████████████ | 0.20 | $290.00 | $58.00 |
| 9/3/2020 | MS | ████████████████████████ ████████ | 0.30 | $290.00 | $87.00 |
| 9/3/2020 | MS | ████████████████████████ ████████████████████████ | 0.20 | $290.00 | $58.00 |
| 9/3/2020 | MS | ████████████████████████ ██ | 0.10 | $290.00 | $29.00 |
| 9/3/2020 | MS | ████████████████ | 0.10 | $290.00 | $29.00 |
| 9/4/2020 | MS | ████████████████████████ ████████████████████████ ████████ | 0.20 | $290.00 | $58.00 |
| 9/8/2020 | AP | ████████████████ | 0.10 | $295.00 | $29.50 |
| 9/8/2020 | MS | ████████████████████████ | 0.10 | $290.00 | $29.00 |
| 9/8/2020 | MS | ████████████████████ | 0.30 | $290.00 | $87.00 |
| 9/8/2020 | MS | ████████████████████(.1) | 0.10 | $290.00 | $29.00 |
| 9/8/2020 | SH | ████████████ | 0.20 | $100.00 | $20.00 |
| 9/8/2020 | AP | ████████████████████ | 0.30 | $295.00 | $88.50 |
| 9/8/2020 | CVA | ████████████████ | 0.30 | $275.00 | $82.50 |
| 9/9/2020 | SH | ████████████████████████ | 0.20 | $100.00 | $20.00 |
| 9/9/2020 | CVA | ████████████████████████ ████████████████████████ ████████████████████████ ████████ | 0.20 | $275.00 | $55.00 |
| 9/9/2020 | CVA | ████████████████████ | 0.10 | $275.00 | $27.50 |
| 9/9/2020 | MS | ████████████████████████ ████████ | 0.10 | $290.00 | $29.00 |
| 9/9/2020 | MS | ████████████████████ | 0.10 | $290.00 | $29.00 |
| 9/9/2020 | MS | ████████████████ | 0.20 | $290.00 | $58.00 |
| 9/10/2020 | CVA | ████████████████████████ ████████████████████████ ████████ | 0.50 | $275.00 | $137.50 |

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/10/2020 | CVA | ███████████████ | 0.20 | $275.00 | $55.00 |
| 9/10/2020 | MS | ██████████ | 0.10 | $290.00 | $29.00 |
| 9/10/2020 | SH | ██████████ | 0.20 | $100.00 | $20.00 |
| 9/10/2020 | CVA | ███████████ | 0.50 | $275.00 | $137.50 |
| 9/14/2020 | CVA | ███████████ | 0.20 | $275.00 | $55.00 |
| 9/14/2020 | CVA | ███████████ | 0.20 | $275.00 | $55.00 |
| 9/14/2020 | MS | ███████████ | 0.10 | $290.00 | $29.00 |
| 9/14/2020 | MS | ███████████ | 0.10 | $290.00 | $29.00 |
| 9/14/2020 | MS | ██████████ | 0.10 | $290.00 | $29.00 |
| 9/15/2020 | MS | ██████████ | 0.10 | $290.00 | $29.00 |
| 9/15/2020 | MS | █████████ | 0.10 | $290.00 | $29.00 |
| 9/15/2020 | MS | █████████ | 0.20 | $290.00 | $58.00 |
| 9/16/2020 | MS | ██████████ | 0.10 | $290.00 | $29.00 |
| 9/17/2020 | MS | ██████████ | 0.50 | $290.00 | $145.00 |
| 9/18/2020 | MS | ██████████ | 0.20 | $290.00 | $58.00 |
| 9/18/2020 | MS | █████████ | 0.30 | $290.00 | $87.00 |
| 9/21/2020 | CVA | ██████████ | 0.10 | $275.00 | $27.50 |
| 9/21/2020 | MS | ██████████ | 0.10 | $290.00 | $29.00 |
| 9/21/2020 | AP | ██████████ | 0.50 | $295.00 | $147.50 |
| 9/22/2020 | SH | █████████ | 0.10 | $100.00 | $10.00 |
| 9/23/2020 | MS | ██████████(.1) | 0.10 | $290.00 | $29.00 |
| 9/24/2020 | MS | ██████████(.1) | 0.10 | $290.00 | $29.00 |
| 9/28/2020 | CVA | ██████████ | 0.40 | $275.00 | $110.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/28/2020 | CVA | ███████████████████ | 0.30 | $275.00 | $82.50 |
| 9/28/2020 | CVA | ████████████████████████ | 1.00 | $275.00 | $275.00 |
| 9/28/2020 | MS | ████████████████████ | 0.30 | $290.00 | $87.00 |
| 9/28/2020 | MS | ██████████████████████ | 0.10 | $290.00 | $29.00 |
| 9/29/2020 | CVA | ████████████████████████ | 0.70 | $275.00 | $192.50 |
| 9/29/2020 | CVA | █████████████████ | 0.30 | $275.00 | $82.50 |
| 9/29/2020 | MS | ███████████████████ (.2) | 0.20 | $290.00 | $58.00 |
| 9/29/2020 | MS | ██████████████████████ (.3) | 0.30 | $290.00 | $87.00 |
| 9/30/2020 | CVA | ████████████████████████ | 0.20 | $275.00 | $55.00 |
| 9/30/2020 | JL | ███████████████ | 0.60 | $250.00 | $150.00 |
| 9/30/2020 | JL | ████████████████████ | 0.70 | $250.00 | $175.00 |
| 9/30/2020 | MS | ███████████████████ | 0.20 | $290.00 | $58.00 |
| 9/30/2020 | MS | ████████████████████ | 0.40 | $290.00 | $116.00 |

|  | Total Hours | Total Amount |
|---|---|---|
|  | 16.20 | $4,445.50 |

| Total Amount Due | $4,445.50 |
|---|---|
| Due | $0.00 |



# Padfield & Stout, LLP
## Attorneys & Counselors at Law
420 Throckmorton St , Suite 1210
Fort Worth, TX 76102
817-338-1616

11/1/2020

**PNC Equipment Finance**
PNC Harborside One East Pratt St.
C3-C411-05-6
Baltimore, MD 21202

**Tax ID:** FRCP 5.2 redaction
**Due Date:** Net 30

Please include Invoice Number with all payments. Thank you.

RASH, LLC

**Invoice #:** 114674

**Professional Services Rendered**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 10/1/2020 | MS | ████████████████████████████████(.1). | 0.10 | $290.00 | $29.00 |
| 10/1/2020 | MS | ████████████████████████ | 0.20 | $290.00 | $58.00 |
| 10/1/2020 | MS | █████████████████████████(.2) | 0.20 | $290.00 | $58.00 |
| 10/6/2020 | JL | ████████████████████████████ ████████████████████ | 0.30 | $250.00 | $75.00 |
| 10/6/2020 | SF | ████████████████████████ ██████████ | 0.10 | $100.00 | $10.00 |
| 10/6/2020 | JL | ████████████████████████ ███████████████████████████ ████████████ | 0.20 | $250.00 | $50.00 |
| 10/6/2020 | MS | █████████████████████████████ (.1) | 0.10 | $290.00 | $29.00 |
| 10/6/2020 | MS | ██████████████████████████(.1) | 0.10 | $290.00 | $29.00 |
| 10/6/2020 | MS | █████████████████████████ ████████(.1) | 0.10 | $290.00 | $29.00 |
| 10/6/2020 | MS | █████████████████████████ ████ | 0.10 | $290.00 | $29.00 |
| 10/7/2020 | CVA | █████████████████████████ | 0.30 | $275.00 | $82.50 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/7/2020 | CVA | ███ | 0.20 | $275.00 | $55.00 |
| 10/7/2020 | SH | ███ | 0.20 | $100.00 | $20.00 |
| 10/7/2020 | SH | ███ | 0.20 | $100.00 | $20.00 |
| 10/7/2020 | JL | ███ | 0.20 | $250.00 | $50.00 |
| 10/7/2020 | MS | ███ | 0.10 | $290.00 | $29.00 |
| 10/7/2020 | MS | ███ | 0.10 | $290.00 | $29.00 |
| 10/7/2020 | SF | ███ | 0.20 | $100.00 | $20.00 |
| 10/7/2020 | JL | ███ | 0.20 | $250.00 | $50.00 |
| 10/8/2020 | SH | ███ | 0.50 | $100.00 | $50.00 |
| 10/8/2020 | MS | ███ | 0.20 | $290.00 | $58.00 |
| 10/8/2020 | MS | ███ (.1) | 0.10 | $290.00 | $29.00 |
| 10/8/2020 | MS | ███ | 0.10 | $290.00 | $29.00 |
| 10/8/2020 | MS | ███ | 0.10 | $290.00 | $29.00 |
| 10/12/2020 | MS | ███ | 0.10 | $290.00 | $29.00 |
| 10/12/2020 | MS | ███ | 0.20 | $290.00 | $58.00 |
| 10/13/2020 | JL | ███ | 0.40 | $250.00 | $100.00 |
| 10/13/2020 | CVA | ███ | 0.10 | $275.00 | $27.50 |
| 10/13/2020 | CVA | ███ | 0.50 | $275.00 | $137.50 |
| 10/13/2020 | CVA | ███ | 0.20 | $275.00 | $55.00 |
| 10/13/2020 | JL | ███ | 0.20 | $250.00 | $50.00 |
| 10/13/2020 | MS | ███ | 0.20 | $290.00 | $58.00 |
| 10/13/2020 | MS | ███ | 0.10 | $290.00 | $29.00 |
| 10/13/2020 | MS | ███ | 0.40 | $290.00 | $116.00 |

| Date | Init | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/14/2020 | MS | ███████████████ | 0.10 | $290.00 | $29.00 |
| 10/14/2020 | MS | ███████████████ | 0.10 | $290.00 | $29.00 |
| 10/14/2020 | MS | ███████████ | 0.20 | $290.00 | $58.00 |
| 10/14/2020 | MS | ████████████ | 0.10 | $290.00 | $29.00 |
| 10/14/2020 | MS | ████████████ | 0.10 | $290.00 | $29.00 |
| 10/14/2020 | JL | ██████████████ | 0.60 | $250.00 | $150.00 |
| 10/14/2020 | JL | ██████████████ | 0.50 | $250.00 | $125.00 |
| 10/14/2020 | JL | ██████████████ | 0.20 | $250.00 | $50.00 |
| 10/14/2020 | OB | █████████████ | 0.30 | $200.00 | $60.00 |
| 10/14/2020 | JL | ████████████ | 0.30 | $250.00 | $75.00 |
| 10/14/2020 | MS | ████████████ | 0.50 | $290.00 | $145.00 |
| 10/14/2020 | JL | ████████████ | 0.20 | $250.00 | $50.00 |
| 10/15/2020 | JL | ████████████ | 0.10 | $250.00 | $25.00 |
| 10/15/2020 | MS | ████████████ | 0.60 | $290.00 | $174.00 |
| 10/15/2020 | MS | ████████ | 0.20 | $290.00 | $58.00 |
| 10/15/2020 | MS | ████████████ | 0.30 | $290.00 | $87.00 |
| 10/15/2020 | MS | ████████████ | 0.10 | $290.00 | $29.00 |
| 10/15/2020 | MS | ████████████ | 0.10 | $290.00 | $29.00 |
| 10/15/2020 | MS | ████████████ | 0.10 | $290.00 | $29.00 |
| 10/15/2020 | MS | ████████████ | 0.10 | $290.00 | $29.00 |
| 10/15/2020 | JL | ██████████████ | 0.90 | $250.00 | $225.00 |
| 10/15/2020 | JL | ████████████ | 0.30 | $250.00 | $75.00 |

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/15/2020 | CVA | ██████████████████ | 0.20 | $275.00 | $55.00 |
| 10/15/2020 | JL | ██████████████████ | 0.20 | $250.00 | $50.00 |
| 10/15/2020 | JL | ██████████████████ | 0.20 | $250.00 | $50.00 |
| 10/16/2020 | JL | ██████████████████ | 0.40 | $250.00 | $100.00 |
| 10/16/2020 | JL | ██████████████████ | 0.20 | $250.00 | $50.00 |
| 10/16/2020 | JL | ██████████████████ | 0.10 | $250.00 | $25.00 |
| 10/16/2020 | JL | ██████████████████ | 0.10 | $250.00 | $25.00 |
| 10/16/2020 | MS | ██████████████████ | 0.10 | $290.00 | $29.00 |
| 10/16/2020 | MS | ██████████████████ | 0.10 | $290.00 | $29.00 |
| 10/16/2020 | MS | ██████████████████ | 0.10 | $290.00 | $29.00 |
| 10/16/2020 | MS | ██████████████████ | 0.10 | $290.00 | $29.00 |
| 10/16/2020 | MS | ██████████████████ | 0.10 | $290.00 | $29.00 |
| 10/19/2020 | JL | ██████████████████ | 0.10 | $250.00 | $25.00 |
| 10/19/2020 | JL | ██████████████████ | 0.10 | $250.00 | $25.00 |
| 10/19/2020 | MS | ██████████████████ | 0.20 | $290.00 | $58.00 |
| 10/19/2020 | MS | ██████████████████ | 0.30 | $290.00 | $87.00 |
| 10/19/2020 | MS | ██████████████████ | 0.10 | $290.00 | $29.00 |
| 10/19/2020 | MS | ██████████████████ | 0.10 | $290.00 | $29.00 |
| 10/19/2020 | MS | ██████████████████ | 0.10 | $290.00 | $29.00 |
| 10/19/2020 | JL | ██████████████████ | 0.20 | $250.00 | $50.00 |
| 10/20/2020 | JL | ██████████████████ | 0.30 | $250.00 | $75.00 |
| 10/20/2020 | JL | ██████████████████ | 0.90 | $250.00 | $225.00 |
| 10/20/2020 | MS | ██████████████████ | 0.30 | $290.00 | $87.00 |

| Date | Init. | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/20/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 10/20/2020 | CVA | | 0.20 | $275.00 | $55.00 |
| 10/20/2020 | JL | | 0.20 | $250.00 | $50.00 |
| 10/20/2020 | JL | | 0.20 | $250.00 | $50.00 |
| 10/20/2020 | CVA | | 0.20 | $275.00 | $55.00 |
| 10/21/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 10/21/2020 | MS | | 0.20 | $290.00 | $58.00 |
| 10/21/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 10/21/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 10/21/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 10/21/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 10/22/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 10/22/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 10/23/2020 | CVA | | 0.90 | $275.00 | $247.50 |
| 10/23/2020 | MS | | 0.50 | $290.00 | $145.00 |
| 10/23/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 10/26/2020 | CVA | | 1.00 | $275.00 | $275.00 |
| 10/26/2020 | CVA | | 5.60 | $275.00 | $1,540.00 |
| 10/27/2020 | CVA | | 3.00 | $275.00 | $825.00 |
| 10/28/2020 | CVA | | 1.50 | $275.00 | $412.50 |
| 10/28/2020 | OB | | 0.30 | $200.00 | $60.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/28/2020 | CVA | ██████████████████████ | 1.00 | $275.00 | $275.00 |
| 10/28/2020 | MS | ████████ | 0.10 | $290.00 | $29.00 |
| 10/29/2020 | CVA | ██████████ | 0.20 | $275.00 | $55.00 |
| 10/29/2020 | CVA | ██████████ | 1.40 | $275.00 | $385.00 |
| 10/29/2020 | TN | ██████████ | 0.40 | $140.00 | $56.00 |
| 10/29/2020 | CVA | ██████████ | 0.30 | $275.00 | $82.50 |
| 10/29/2020 | MS | ████████ | 0.50 | $290.00 | $145.00 |
| 10/30/2020 | MS | ████████ | 0.10 | $290.00 | $29.00 |

|  | Total Hours | Total Amount |
|---|---|---|
|  | 35.90 | $9,505.00 |

| | | |
|---|---|---|
| Total Amount Due | | $9,505.00 |
| Due | | $0.00 |



# Padfield & Stout, LLP
### Attorneys & Counselors at Law
420 Throckmorton St , Suite 1210
Fort Worth, TX 76102
817-338-1616

12/1/2020

**PNC Equipment Finance**                                          **Tax ID:**   FHCP 5.2 Redaction
PNC Harborside One East Pratt St.                                  **Due Date:**   Net 30
C3-C411-05-6
Baltimore, MD 21202

Please include Invoice Number with all payments. Thank you.

RASH, LLC                                                          **Invoice #:** 116822

**Professional Services Rendered**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 11/4/2020 | MS | ▓▓▓▓▓▓▓▓▓▓ | 0.10 | $290.00 | $29.00 |
| 11/6/2020 | CVA | ▓▓▓▓▓▓▓▓▓▓ | 1.10 | $275.00 | $302.50 |
| 11/8/2020 | CVA | ▓▓▓▓▓▓▓▓▓▓ | 0.20 | $275.00 | $55.00 |
| 11/10/2020 | MS | ▓▓▓▓▓▓▓▓▓▓ | 0.10 | $290.00 | $29.00 |
| 11/10/2020 | MS | ▓▓▓▓▓▓▓▓▓▓ | 0.10 | $290.00 | $29.00 |
| 11/10/2020 | MS | ▓▓▓▓▓▓▓▓▓▓ | 0.20 | $290.00 | $58.00 |
| 11/10/2020 | MS | ▓▓▓▓▓▓▓▓▓▓ | 0.10 | $290.00 | $29.00 |
| 11/11/2020 | MS | ▓▓▓▓▓▓▓▓▓▓ | 0.20 | $290.00 | $58.00 |
| 11/11/2020 | MS | ▓▓▓▓▓▓▓▓▓▓ | 0.10 | $290.00 | $29.00 |
| 11/11/2020 | MS | ▓▓▓▓▓▓▓▓▓▓ | 0.10 | $290.00 | $29.00 |
| 11/12/2020 | CVA | ▓▓▓▓▓▓▓▓▓▓ | 0.20 | $275.00 | $55.00 |
| 11/12/2020 | SH | ▓▓▓▓▓▓▓▓▓▓ | 0.10 | $100.00 | $10.00 |

| Date | Init | | Hours | Rate | Amount |
|------|------|---|-------|------|--------|
| 11/12/2020 | MS | ▮▮▮▮▮▮▮ | 0.50 | $290.00 | $145.00 |
| 11/12/2020 | MS | ▮▮▮▮▮▮▮ | 0.10 | $290.00 | $29.00 |
| 11/12/2020 | MS | ▮▮▮▮▮▮▮ | 0.10 | $290.00 | $29.00 |
| 11/12/2020 | MS | ▮▮▮▮▮▮▮ | 0.10 | $290.00 | $29.00 |
| 11/12/2020 | MS | ▮▮▮▮▮▮▮ | 0.10 | $290.00 | $29.00 |
| 11/12/2020 | MS | ▮▮▮▮▮▮▮ | 0.10 | $290.00 | $29.00 |
| 11/12/2020 | MS | ▮▮▮▮▮▮▮ | 0.20 | $290.00 | $58.00 |
| 11/13/2020 | MS | ▮▮▮▮▮▮▮ | 0.50 | $290.00 | $145.00 |
| 11/16/2020 | SH | ▮▮▮▮▮▮▮ | 0.10 | $100.00 | $10.00 |
| 11/16/2020 | MS | ▮▮▮▮▮▮▮ | 0.10 | $290.00 | $29.00 |
| 11/16/2020 | MS | ▮▮▮▮▮▮▮ | 0.10 | $290.00 | $29.00 |
| 11/16/2020 | MS | ▮▮▮▮▮▮▮ | 0.10 | $290.00 | $29.00 |
| 11/16/2020 | MS | ▮▮▮▮▮▮▮ | 0.10 | $290.00 | $29.00 |
| 11/16/2020 | MS | ▮▮▮▮▮▮▮ | 0.10 | $290.00 | $29.00 |
| 11/16/2020 | MS | ▮▮▮▮▮▮▮ | 0.10 | $290.00 | $29.00 |
| 11/16/2020 | MS | ▮▮▮▮▮▮▮ | 0.10 | $290.00 | $29.00 |
| 11/16/2020 | MS | ▮▮▮▮▮▮▮ | 0.10 | $290.00 | $29.00 |
| 11/16/2020 | CVA | ▮▮▮▮▮▮▮ | 0.10 | $275.00 | $27.50 |
| 11/16/2020 | SH | ▮▮▮▮▮▮▮ | 0.10 | $100.00 | $10.00 |
| 11/17/2020 | MS | ▮▮▮▮▮▮▮ (.1) | 0.10 | $290.00 | $29.00 |
| 11/17/2020 | MS | ▮▮▮▮▮▮▮ | 0.10 | $290.00 | $29.00 |
| 11/17/2020 | MS | ▮▮▮▮▮▮▮ | 0.10 | $290.00 | $29.00 |
| 11/17/2020 | MS | ▮▮▮▮▮▮▮ | 0.10 | $290.00 | $29.00 |
| 11/17/2020 | MS | ▮▮▮▮▮▮▮ | 0.10 | $290.00 | $29.00 |

| Date | Code | | Hours | Rate | Amount |
|------|------|---|-------|------|--------|
| 11/18/2020 | MS | ██████████████████ ██████████ | 0.20 | $290.00 | $58.00 |
| 11/19/2020 | MS | ██████████████ | 0.10 | $290.00 | $29.00 |
| 11/19/2020 | MS | ███████████ | 0.10 | $290.00 | $29.00 |
| 11/20/2020 | MS | ██████████████ | 0.10 | $290.00 | $29.00 |
| 11/20/2020 | MS | ████████████ | 0.10 | $290.00 | $29.00 |
| 11/20/2020 | MS | ███████████████████ | 0.10 | $290.00 | $29.00 |
| 11/20/2020 | MS | ████████████████ | 0.10 | $290.00 | $29.00 |
| 11/20/2020 | MS | ██████████████ | 0.20 | $290.00 | $58.00 |
| 11/20/2020 | MS | ███████████████ | 0.10 | $290.00 | $29.00 |
| 11/20/2020 | MS | ████████████ | 0.10 | $290.00 | $29.00 |
| 11/20/2020 | MS | ███████████████ | 0.10 | $290.00 | $29.00 |
| 11/20/2020 | MS | ████████████████████ | 0.10 | $290.00 | $29.00 |
| 11/20/2020 | MS | ██████████ | 0.10 | $290.00 | $29.00 |
| 11/20/2020 | MS | ████████████████ ███ | 0.10 | $290.00 | $29.00 |
| 11/23/2020 | MS | ██████████████████ ████████ | 0.20 | $290.00 | $58.00 |
| 11/23/2020 | MS | ██████████████████████ | 0.20 | $290.00 | $58.00 |
| 11/23/2020 | MS | █████████████████ | 0.30 | $290.00 | $87.00 |
| 11/23/2020 | MS | ███████████████ | 0.10 | $290.00 | $29.00 |
| 11/23/2020 | MS | █████████████ | 0.10 | $290.00 | $29.00 |
| 11/23/2020 | CVA | ███████████████████ ████████████ | 0.40 | $275.00 | $110.00 |
| 11/24/2020 | MS | ████████████████████ ███ | 0.20 | $290.00 | $58.00 |
| 11/30/2020 | MS | ██████████████████ | 0.10 | $290.00 | $29.00 |
| 11/30/2020 | MS | ██████████████████ | 0.10 | $290.00 | $29.00 |
| 11/30/2020 | MS | ████████████████████████ | 0.10 | $290.00 | $29.00 |
| 11/30/2020 | MS | ██████████████ | 0.10 | $290.00 | $29.00 |
| 11/30/2020 | MS | ████████████████████ | 0.10 | $290.00 | $29.00 |
| 11/30/2020 | MS | ████████████████████ | 0.10 | $290.00 | $29.00 |

|  | Total Hours | Total Amount |
|---|---|---|
|  | 9.60 | $2,697.00 |
| Total Amount Due |  | $2,697.00 |
| Due |  | $0.00 |



# Padfield & Stout, LLP

### Attorneys & Counselors at Law

420 Throckmorton St , Suite 1210
Fort Worth, TX 76102
817-338-1616

1/1/2021

**Tax ID:** FRCP 5.2 Redactions
**Due Date:** Net 30

**PNC Equipment Finance**
PNC Harborside One East Pratt St.
C3-C411-05-6
Baltimore, MD 21202

Please include Invoice Number with all payments. Thank you.

RASH, LLC
Billing Type: Hourly

**Invoice #:** 117526

### Professional Services Rendered

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 12/1/2020 | MS | | 0.20 | $290.00 | $58.00 |
| 12/1/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 12/1/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 12/2/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 12/2/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 12/2/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 12/3/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 12/3/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 12/4/2020 | CVA | | 0.20 | $275.00 | $55.00 |
| 12/4/2020 | CVA | | 0.10 | $275.00 | $27.50 |
| 12/4/2020 | MS | | 0.10 | $290.00 | $29.00 |
| 12/4/2020 | MS | | 0.10 | $290.00 | $29.00 |

| Date | Code | | Hours | Rate | Amount |
|------|------|---|-------|------|--------|
| 12/4/2020 | MS | ████████████████ | 0.10 | $290.00 | $29.00 |
| 12/7/2020 | MS | ████████████████ | 0.10 | $290.00 | $29.00 |
| 12/7/2020 | MS | ████████████████ | 0.10 | $290.00 | $29.00 |
| 12/8/2020 | CVA | ████████████████ | 0.30 | $275.00 | $82.50 |
| 12/8/2020 | CVA | ████████████████ | 0.30 | $275.00 | $82.50 |
| 12/8/2020 | MS | ████████████████ | 0.20 | $290.00 | $58.00 |
| 12/8/2020 | MS | ████████████████ | 0.10 | $290.00 | $29.00 |
| 12/8/2020 | CVA | ████████████████ | 1.00 | $275.00 | $275.00 |
| 12/9/2020 | MS | ████████████████ | 0.10 | $290.00 | $29.00 |
| 12/10/2020 | MS | ████████████████ | 0.10 | $290.00 | $29.00 |
| 12/10/2020 | MS | ████████████████ | 0.10 | $290.00 | $29.00 |
| 12/11/2020 | MS | ████████████████ | 0.10 | $290.00 | $29.00 |
| 12/11/2020 | MS | ████████████████ | 0.10 | $290.00 | $29.00 |
| 12/11/2020 | MS | ████████████████ | 0.10 | $290.00 | $29.00 |
| 12/11/2020 | MS | ████████████████ | 0.10 | $290.00 | $29.00 |
| 12/11/2020 | MS | ████████████████ | 0.10 | $290.00 | $29.00 |
| 12/14/2020 | MS | ████████████████ | 0.20 | $290.00 | $58.00 |
| 12/14/2020 | MS | ████████████████ | 0.10 | $290.00 | $29.00 |
| 12/14/2020 | MS | ████████████████ | 0.10 | $290.00 | $29.00 |
| 12/14/2020 | MS | ████████████████ | 0.10 | $290.00 | $29.00 |
| 12/14/2020 | MS | ████████████████ | 0.20 | $290.00 | $58.00 |
| 12/14/2020 | MS | ████████████████ | 0.20 | $290.00 | $58.00 |
| 12/14/2020 | MS | ████████████████ | 0.10 | $290.00 | $29.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/15/2020 | AP | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 0.30 | $295.00 | $88.50 |
| 12/15/2020 | KL | ▉▉▉▉▉▉▉▉▉ | 0.20 | $225.00 | $45.00 |
| 12/15/2020 | CVA | ▉▉▉▉▉▉▉▉▉▉▉ | 0.10 | $275.00 | $27.50 |
| 12/15/2020 | CVA | ▉▉▉▉▉▉▉▉▉▉▉ | 0.10 | $275.00 | $27.50 |
| 12/15/2020 | CVA | ▉▉▉▉▉▉▉▉▉▉▉ | 0.40 | $275.00 | $110.00 |
| 12/15/2020 | CVA | ▉▉▉▉▉▉▉▉▉▉▉ | 1.50 | $275.00 | $412.50 |
| 12/15/2020 | MS | ▉▉▉▉▉▉▉▉▉▉ | 0.20 | $290.00 | $58.00 |
| 12/15/2020 | MS | ▉▉▉▉▉▉▉▉ | 0.20 | $290.00 | $58.00 |
| 12/15/2020 | MS | ▉▉▉▉▉▉▉ | 0.10 | $290.00 | $29.00 |
| 12/15/2020 | MS | ▉▉▉▉▉▉▉▉▉ | 0.70 | $290.00 | $203.00 |
| 12/15/2020 | MS | ▉▉▉▉▉▉▉▉ | 0.20 | $290.00 | $58.00 |
| 12/15/2020 | MS | ▉▉▉▉▉▉▉▉ | 0.10 | $290.00 | $29.00 |
| 12/15/2020 | SF | ▉▉▉▉▉▉▉▉ | 0.10 | $100.00 | $10.00 |
| 12/16/2020 | SH | ▉▉▉▉▉▉▉▉ | 0.20 | $100.00 | $20.00 |
| 12/16/2020 | CVA | ▉▉▉▉▉▉▉▉▉▉ | 0.20 | $275.00 | $55.00 |
| 12/16/2020 | SH | ▉▉▉▉▉▉▉▉▉ | 0.10 | $100.00 | $10.00 |
| 12/16/2020 | CVA | ▉▉▉▉▉▉▉▉▉▉ | 0.40 | $275.00 | $110.00 |
| 12/16/2020 | CVA | ▉▉▉▉▉▉▉▉▉▉ | 0.10 | $275.00 | $27.50 |
| 12/16/2020 | CVA | ▉▉▉▉▉▉▉▉▉▉ | 0.10 | $275.00 | $27.50 |
| 12/16/2020 | CVA | ▉▉▉▉▉▉▉▉▉▉ | 1.60 | $275.00 | $440.00 |
| 12/16/2020 | CVA | ▉▉▉▉▉▉▉ | 0.20 | $275.00 | $55.00 |

| Date | Code | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/16/2020 | CVA | ██████████████████████ | 0.40 | $275.00 | $110.00 |
| 12/16/2020 | CVA | ██████████████████████ | 0.10 | $275.00 | $27.50 |
| 12/16/2020 | CVA | ██████████████████████ | 2.00 | $275.00 | $550.00 |
| 12/16/2020 | MS | ██████████████████████ | 0.10 | $290.00 | $29.00 |
| 12/16/2020 | MS | ██████████████████████ | 0.10 | $290.00 | $29.00 |
| 12/16/2020 | MS | ██████████████████████ | 0.10 | $290.00 | $29.00 |
| 12/16/2020 | MS | ██████████████████████ | 0.30 | $290.00 | $87.00 |
| 12/16/2020 | MS | ██████████████████████ | 0.10 | $290.00 | $29.00 |
| 12/16/2020 | MS | ██████████████████████ | 0.50 | $290.00 | $145.00 |
| 12/16/2020 | MS | ██████████████████████ | 0.20 | $290.00 | $58.00 |
| 12/16/2020 | MS | ██████████████████████ | 0.30 | $290.00 | $87.00 |
| 12/17/2020 | CVA | ██████████████████████ | 0.40 | $275.00 | $110.00 |
| 12/17/2020 | Clerk | ██████████████████████ | 0.80 | $100.00 | $80.00 |
| 12/17/2020 | Clerk | ██████████████████████ | 1.00 | $100.00 | $100.00 |
| 12/17/2020 | SH | ██████████████████████ | 0.10 | $100.00 | $10.00 |
| 12/17/2020 | Clerk | ██████████████████████ | 0.80 | $100.00 | $80.00 |
| 12/17/2020 | MS | ██████████████████████ | 0.10 | $290.00 | $29.00 |
| 12/17/2020 | MS | ██████████████████████ | 0.10 | $290.00 | $29.00 |
| 12/17/2020 | MS | ██████████████████████ | 0.10 | $290.00 | $29.00 |
| 12/17/2020 | MS | ██████████████████████ | 0.30 | $290.00 | $87.00 |
| 12/17/2020 | CVA | ██████████████████████ | 0.10 | $275.00 | $27.50 |

| | | | | | |
|---|---|---|---|---|---|
| 12/18/2020 | CVA | ████████████████████ | 2.20 | $275.00 | $605.00 |
| 12/18/2020 | MS | ████████████████████ | 0.10 | $290.00 | $29.00 |
| 12/18/2020 | MS | ████████████████████ | 0.10 | $290.00 | $29.00 |
| 12/18/2020 | MS | ████████████████████ | 0.10 | $290.00 | $29.00 |
| 12/21/2020 | SH | ████████████████████ | 0.10 | $100.00 | $10.00 |
| 12/21/2020 | SH | ████████████████████ | 0.10 | $100.00 | $10.00 |
| 12/21/2020 | SH | ████████████████████ | 0.10 | $100.00 | $10.00 |
| 12/21/2020 | MS | ████████████████████ | 0.30 | $290.00 | $87.00 |
| 12/21/2020 | MS | ████████████████████ | 0.10 | $290.00 | $29.00 |
| 12/21/2020 | MS | ████████████████████ | 0.10 | $290.00 | $29.00 |
| 12/21/2020 | MS | ████████████████████ | 0.10 | $290.00 | $29.00 |
| 12/21/2020 | MS | ████████████████████ | 0.10 | $290.00 | $29.00 |
| 12/21/2020 | MS | ████████████████████ | 0.20 | $290.00 | $58.00 |
| 12/21/2020 | CVA | ████████████████████ | 0.30 | $275.00 | $82.50 |
| 12/22/2020 | CVA | ████████████████████ | 0.50 | $275.00 | $137.50 |
| 12/22/2020 | CVA | ████████████████████ | 1.00 | $275.00 | $275.00 |
| 12/22/2020 | SH | ████████████████████ | 0.10 | $100.00 | $10.00 |
| 12/22/2020 | MS | ████████████████████ | 0.10 | $290.00 | $29.00 |
| 12/22/2020 | MS | ████████████████████ | 0.80 | $290.00 | $232.00 |
| 12/22/2020 | MS | ████████████████████ | 0.10 | $290.00 | $29.00 |
| 12/22/2020 | MS | ████████████████████ | 0.60 | $290.00 | $174.00 |
| 12/22/2020 | MS | ████████████████████ | 0.10 | $290.00 | $29.00 |
| 12/22/2020 | MS | ████████████████████ | 0.10 | $290.00 | $29.00 |
| 12/22/2020 | MS | ████████████████████ | 0.10 | $290.00 | $29.00 |
| 12/22/2020 | MS | ████████████████████ | 0.20 | $290.00 | $58.00 |
| 12/22/2020 | MS | ████████████████████ | 0.10 | $290.00 | $29.00 |

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/22/2020 | MS | ██████████████████ | 0.10 | $290.00 | $29.00 |
| 12/23/2020 | MS | ████████████████████████ | 0.10 | $290.00 | $29.00 |
| 12/23/2020 | MS | █████████████████ | 0.10 | $290.00 | $29.00 |
| 12/23/2020 | MS | ████████████████████████ ███ | 0.10 | $290.00 | $29.00 |
| 12/23/2020 | MS | █████████████████ | 0.10 | $290.00 | $29.00 |
| 12/23/2020 | MS | ████████████ | 0.10 | $290.00 | $29.00 |
| 12/23/2020 | MS | ██████████████████████ | 0.10 | $290.00 | $29.00 |
| 12/28/2020 | CVA | ███████████████████████ ████████████████████████ | 0.20 | $275.00 | $55.00 |
| 12/28/2020 | MS | ███████████████ | 0.10 | $290.00 | $29.00 |
| 12/28/2020 | MS | ███████████████ | 0.10 | $290.00 | $29.00 |
| 12/28/2020 | MS | ████████████████ | 0.10 | $290.00 | $29.00 |
| 12/28/2020 | MS | █████████████ | 0.10 | $290.00 | $29.00 |
| 12/28/2020 | MS | ██████████████████ | 0.10 | $290.00 | $29.00 |
| 12/28/2020 | MS | ███████████████ | 0.20 | $290.00 | $58.00 |
| 12/28/2020 | MS | ██████████████ | 0.10 | $290.00 | $29.00 |
| 12/29/2020 | MS | ███████████████ | 0.10 | $290.00 | $29.00 |
| 12/29/2020 | MS | ████████████████ | 0.10 | $290.00 | $29.00 |
| 12/29/2020 | MS | ████████████████ | 0.10 | $290.00 | $29.00 |
| 12/29/2020 | MS | ██████████ | 0.20 | $290.00 | $58.00 |
| 12/29/2020 | MS | █████████████████████ | 0.30 | $290.00 | $87.00 |
| 12/29/2020 | MS | ██████████████████ ███ | 0.10 | $290.00 | $29.00 |
| 12/30/2020 | MS | ████████████████ | 0.10 | $290.00 | $29.00 |
| 12/30/2020 | MS | █████████████████ | 0.10 | $290.00 | $29.00 |

|  | **Total Hours** | **Total Amount** |
|---|---|---|
|  | 31.10 | $8,135.50 |

**Total Amount Due  $8,135.50**