

*Beyond Expectations*

10/5/2020

INVOICE #:    78358

PNC Aviation Resolution
Tower @ PNC Plaza PT-PTWR-07-1
300 Fifth Avenue 7th Floor
Pittsburgh, PA  15222

Mr. Ramy Sidhom

N44GV                    Gulfstream G-IV

Trip Date:

| | | |
|---|---|---:|
| 1.00 | LJ Inv. # 78287 - Charges Associated with Repossession | $25,000.00 |
| 1.00 | LJ Inv. # 78342 - Release of Fuel Lien | $25,000.00 |
| 1.00 | LJ Inv. # 78317 - Hangar Rent @ LBE - October | $7,020.00 |
| 1.00 | LJ Inv. # Inv20-00398 - Work Order #4240 | $4,564.93 |

TERMS: NET 15 DAYS

SUBTOTAL:    $61,584.93
$0.00

**TOTAL AMOUNT DUE:**    **$61,584.93**

PLEASE REMIT TO:  L.J. AVIATION,   125 AVIATION LN, SUITE 112, LATROBE, PA  15650