Exhibit A

**OFFICIAL RECEIPT**



District Clerk
Mary Angie Garcia
101 W. Nueva Suite 217
San Antonio, TX 78205
(210) 335-2113

Receipt No. **DC-2021-04388**
Transaction Date 05/21/2021
Payor
 PADFIELD & STOUT LLP

| Description | Amount Paid |
|---|---|
| On Behalf Of PNC EQUIPEMENT FINANCE LLC 2021TA100002 BEXAR COUNTY ET AL VS R A S H LLC ET AL District Clerk Civil Registry Account | |
| Court Registry | 195,315.59 |
| **SUBTOTAL** | **195,315.59** |
| **PAYMENT TOTAL** | **195,315.59** |
| Interest Check (Ref #9885) Tendered | 195,315.59 |
| **Total Tendered** | **195,315.59** |
| Change | 0.00 |

05/21/2021    Cashier 15290    Audit

02:03 PM    Station DC03    14095926

**OFFICIAL RECEIPT**